Case 2:24-cv-00044   Document 26   Filed on 03/21/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS SOLIZ, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00044 |
| BOBBY LUMPKIN | § § § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation ("M&R"). (D.E. 23). The M&R recommends that the Court grant Respondent's Motion for Summary Judgment and dismiss Petitioner's claim for habeas corpus relief. *Id.* at 2. The M&R further recommends that the Court deny a certificate of appealability. *Id.*

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 23). Accordingly, the Court **GRANTS** Respondent's Motion for Summary Judgment, (D.E. 15), **DISMISSES** Petitioner's

claim for habeas corpus relief, (D.E. 1), and **DENIES** a certificate of appealability. The Court will enter final judgment separately.

    SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    March 21st, 2025